IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD ROBINSON,<br><br>Plaintiff,<br><br>vs.<br><br>DR. CHAMBERLAIN, Supervising Medical Officer at the Nebraska State Penitentiary, in his official and individual capacities; MICHELE WILHELM, Warden of the Nebraska State Penitentiary, in her official and individual capacities; and SCOTT R. FRAKES, Director of the Nebraska Department of Correctional Services, in his official and individual capacities;<br><br>Defendants. | **4:21CV3018**<br><br>**ORDER** |

IT IS ORDERED that the undersigned's previous order (Filing 5) is corrected to reflect that the filing and administrative fees in this case are $402, and not $400. Plaintiff paid the $402 filing and administrative fees on January 29, 2021.

Dated this 1st day of February, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge